```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
VIGILANT INSURANCE COMPANY,

        Plaintiff,            Civil Action No. 09-0097WJM

v.
                              ORDER OF DISMISSAL
GEMINI TRAFFIC SALES, INC.,

        Defendant.
-----------------------------X
```

Counsel for Plaintiff, James A. Saville, Jr., having notified the Court on November 23, 2009 that the above action has been settled,

It is on this 4th day of March, 2010

ORDERED that the above matter is dismissed.


                              s/William J. Martini
                              _____
                              WILLIAM J. MARTINI, U.S.D.J.